# UNITED STATES DISTRICT COURT
## District of Minnesota

Joseph Sienkaniec, *individually and on behalf of all others similarly situated*

        Plaintiff,

v.

Uber Technologies, Inc.,
Rasier, LLC,

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   17-cv-4489 PJS/FLN

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion To Dismiss and To Compel Arbitration [ECF No. 7] is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART.

2. The parties are ORDERED to arbitrate the question of whether Sienkaniec's claims against Uber must be arbitrated under the FAA.

3. This action is STAYED.

4. If the arbitrator finds that the FAA applies to Sienkaniec's claims against Uber, then the parties are ORDERED to arbitrate those claims, and this stay will remain in effect pending the outcome of that arbitration.

5.	If the arbitrator finds that the FAA does not apply to Sienkaniec's claims against Uber, then this stay will automatically terminate, and Sienkaniec may proceed to litigate his claims in this Court.

Date: 12/18/2017								RICHARD D. SLETTEN, CLERK

											s/Amy Halverson
										(By)   Amy Halverson, Deputy Clerk