UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOSEPH SIENKANIEC,                                      Case No. 17-CV-4489 (PJS/HB)

        Plaintiff,

v.                                                                      ORDER OF DISMISSAL

UBER TECHNOLOGIES, INC., et al.,

        Defendants.

---

Based upon the Stipulation for Dismissal filed by the parties on August 19, 2019

[ECF No. 64],

IT IS ORDERED that this action is dismissed with prejudice and on the merits,

without costs or disbursements to any party.


Dated:  August 19, 2019

                                               s/Patrick J. Schiltz
                                             Patrick J. Schiltz
                                             United States District Judge